IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| KATRINA KNUCKLES, | : Case No. 1:23-cv-93 |
| Plaintiff, | : Judge Matthew W. McFarland |
| v. | : |
| KOMAN ENTERPRISES, LLC. *et al.*, | : |
| Defendants. | : |

## ORDER GRANTING FLSA SETTLEMENT AGREEMENT (Doc. 15)

This case is before the Court on the Parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice (Doc. 15) pursuant to Section 216(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed FLSA collective settlement reached by Plaintiff Katrina Knuckles and Defendants Koman Enterprises, LLC, and Michael Koman (the "Parties") and memorialized in the attached Settlement Agreement and Release ("Settlement" or "Agreement").

Having reviewed the Joint Motion, the Agreement and its Exhibits, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this stipulated Order approving the Agreement, and the proposed Attorneys' Fees and Costs to Plaintiffs' Counsel, as follows:

1. The Court finds that the proposed Settlement is fair and reasonable and

satisfies the standard for approval under Section 216(b) of the FLSA, 29 U.S.C. § 216(b). The Court also finds that the Settlement resulted from arm's length negotiations and mediation between experienced counsel. Plaintiff's Counsel has informed the Court that they believe the Settlement is fair, reasonable, and adequate and in the best interests of the Plaintiff. The Court has considered all relevant factors, including: (1) the risk of fraud or collusion; (2) the complexity, expense, and likely duration of the litigation; (3) the amount of discovery engaged in by the parties; (4) the likelihood of success on the merits; (5) the opinions of class counsel and class representatives; (6) the reaction of absent class members; and (7) the public interest. *Whitlock v. FSL Mgmt., LLC*, 843 F.3d 1084, 1093 (6th Cir. 2016) (quoting *UAW v. Gen. Motors Corp.*, 497 F.3d 615, 631 (6th Cir. 2007)).

2. The Court approves the Agreement and orders that the Settlement be implemented according to the terms and conditions of the Agreement and as directed herein.

3. The Court finds that the proposed allocation and calculation of the settlement payments are fair and reasonable and approves the proposed distribution of the Settlement Payments, and Attorneys' Fees and Costs.

4. The Court grants final approval of the Settlement.

5. The Court dismisses this matter with prejudice and enters final judgment. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Order Granting Approval of FLSA Settlement immediately.

6. The Court retains jurisdiction over this Action to enforce the terms of the Settlement.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND